# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0539
Lower Tribunal No. 21-41511 SP
_____

**Indoor Environmental Restoration Now, Inc., etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Tyler Law Firm, and Ryan C. Tyler, for appellant.

Gray | Robinson, P.A., and Richard L. Barry and Adam M. Miller (Orlando), for appellee.

Before LOGUE, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed. §§ 627.7152(2)(a)2., (2)(a)7., (2)(d), Fla. Stat. (2021); Indoor

Env't Restoration Now, Inc. v. Citizens Prop. Ins. Corp., No. 3D22-2116,

2024 WL 818735, at *1 (Fla. 3d DCA Feb. 28, 2024); Total Care Restoration,

LLC v. Citizens Prop. Ins. Co., 357 So. 3d 1260, 1266 (Fla. 3d DCA 2023).